# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DOYLE DOLEN LANCASTER,

    Petitioner,

vs.

STATE OF NEVADA,

    Respondents.

Case No. 3:13-cv-00632-RCJ-VPC

**ORDER**

    The copy of order #3 that the court sent to petitioner was returned in the mail with the notation, "Return not here." Petitioner has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the court of any changes in address.

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice for petitioner's failure to inform the court of his current address. The clerk of the court shall enter judgment accordingly.

    IT IS FURTHER ORDERED that a certificate of appealability shall not issue.

    Dated:  July 8, 2014

_____
ROBERT C. JONES
United States District Judge